## GENERAL COURT, OCTOBER TERM, 1801.

### SOMERVELL, et al. vs. KING

A plea of payment may be withdrawn at the trial court for the purpose of pleading infancy.

DEBT on a writing obligatory. The defendant pleaded *payment*, and the cause was put at issue at the last term, and notice of trial given.

*Johnson*, for the defendant, at this term filed an affidavit, and moved the court for permission to withdraw the plea of payment, for the purpose of pleading *that the defendant was an infant* when he executed the writing obligatory upon which this action is brought. He cited 1 *W. Blk. Rep.* 357.

*Mason*, for the plaintiffs.

THE COURT granted the leave.

## GENERAL COURT, OCTOBER TERM, 1801.

### BULL's Lessee vs. SHEREDINE.

Proceedings stayed in an action of ejectment, unless the costs recovered in a former ejectment between the same parties, are paid.

EJECTMENT. Notice of motion by the defendant's counsel at the last term to stay proceedings in this cause, unless the costs of the former ejectment between the parties, and wherein the plaintiff was nonsuited, were paid.

THE COURT, at this term, ordered that the proceedings in this cause be stayed unless the costs of the former action of ejectment between the same parties are paid by the second day of the next term.

*Johnson* and *Montgomery*, for the plaintiff.
*Hollingsworth*, for the defendant.